IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | 8:01CR222 |
| v. )<br>) | |
| WISDOM PAWNEE WEBSTER, )<br>) | |
| Defendant. ) <br>) | ORDER |

    Pursuant to the hearing held on May 1, 2008, defense counsel has informed the court that halfway house placement is now available for the defendant. Accordingly,

    IT IS ORDERED that defense counsel's oral motion for release to halfway house placement is granted. The defendant is ordered released from custody on Monday, May 19, 2008, to his mother, Barbara Fremont, for transport to the UMO$^{N}$ No$^{N}$ Alcohol Program. The defendant must report to the UMO$^{N}$ No$^{N}$ Alcohol Program no later than 5:00 p.m. on May 19, 2008. The defendant is to participate and successfully complete the UMO$^{N}$ No$^{N}$ Alcohol Program at Macy, Nebraska.

    DATED this 16th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge